UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOSEPH SEKLECKI, JR.,            )
      Plaintiff,                 )
                                 )
            v.                   )C.A. NO. 15-cv-30007-MAP
                                 )
CARRINGTON MORTGAGE SERVICES,    )
LLC, ET AL.,                     )
      Defendants.                )
```

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARDING
DEFENDANT CARRINGTON'S MOTION TO DISMISS
(Dkt. Nos. 11 & 22)

September 10, 2015

**PONSOR, U.S.D.J.**

This is an action for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692a et seq. Defendant Carrington Mortgage Services, LLC filed a Motion to Dismiss for failure to state a claim (Dkt. No. 11), which was referred to Magistrate Judge Katherine A. Robertson for report and recommendation.

On August 27, 2015, Judge Robertson issued a Report and Recommendation, to the effect that the motion to dismiss should be denied without prejudice (Dkt. No. 22). The Report and Recommendation admonished the parties that they had fourteen days to file any written objections. No objections have been filed.

**Having reviewed the substance of Judge Robertson's Report and Recommendation and finding it meritorious, and noting that there is no objection, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 22). Based upon this, Defendant Carrington's Motion to Dismiss (Dkt. No. 11) is hereby DENIED, without prejudice.**

**It is So Ordered.**

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge