## **CERTIFICATE OF SERVICE**

      I, John T. Precobb, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this the 25th day of September, 2015.

      /s/ John T. Precobb\_\_\_\_\_
      John T. Precobb